UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GREGORY A. SCHROYER, M.D.,

    Plaintiff,

    v.

DR. STAFFORD HENRY and RUSH
BEHAVIORAL HEALTH, INC.,

    Defendants.

Case No. 06-cv-592-JPG

## JUDGMENT

This matter having come before the Court and the Court having found that the plaintiff has failed to state a claim;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NORBERT JAWORSKI**

DATED:  August 4, 2006      S/ Brenda K. Lowe


Approved:   s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**