UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY A. SCHROYER, M.D.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. STAFFORD HENRY and RUSH BEHAVIORAL HEALTH, INC.,<br><br>　　　　Defendants. | Case No. 06-cv-592-JPG |

### JUDGMENT

This matter having come before the Court and the Court having found that the plaintiff has failed to state a claim;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

　　　　　　　　　　　　　　　　　　　　　　NORBERT JAWORSKI

DATED:  August 4, 2006　　　　　　　　　　S/ Brenda K. Lowe



Approved:　　s/ J. Phil Gilbert　　　　
　　　　　　**J. PHIL GILBERT**
　　　　　　**DISTRICT JUDGE**